FILED
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 20-10696-TPA |
| | : | |
| John Charles Vasko, | : | Chapter 7 |
| Debtor, | : | |
| | : | Related to Docket No.: 13 |
| John Charles Vasko, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
| and | : | |
| | : | |
| Tamera Ochs Rothschild, Esquire, | : | |
| Chapter 7 Trustee. | : | |

### ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 7 PETITION, SCHEDULES AND PROOF OF INCOME

**AND NOW** on this 10th day of November, 2020, upon consideration of Debtor's Second Motion to Extend Deadline Regarding Completion of the Filing of Chapter 7 Petition, Schedules and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **November 17, 2020**, [10 days later] to file his Chapter 7 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.  No further extensions will be granted.

BY THE COURT,

asg

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                              Case No. 20-10696-TPA

John Charles Vasko                                                 Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lfin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Charles Vasko, 10 Zahniser Road, Lot 9, Mercer, PA 16137-6537 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | |
| | on behalf of Debtor John Charles Vasko dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | |
| | trothschild@gmx.com  pa70@ecfcbis.com |

TOTAL: 4