**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Charles Vasko                                                          CHAPTER 7

                        Debtor(s)

BKY. NO. 20-10696 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-3, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ **Brian C. Nicholas**
                      Brian Nicholas
                      12 Nov 2020, 10:14:14, EST

                      Brian C. Nicholas, Esq. (317240) ☑
                      Maria D. Miksich, Esq. (319383) ☐
                      Rebecca A. Solarz, Esq. (315936) ☐
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      bkgroup@kmllawgroup.com