**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Charles Vasko** | Social Security number or ITIN   xxx–xx–1263 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–10696–TPA**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Charles Vasko

<u>2/10/21</u>                                   **By the court:**   <u>Thomas P. Agresti</u>
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John Charles Vasko  
    Debtor

Case No. 20-10696-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Charles Vasko, 10 Zahniser Road, Lot 9, Mercer, PA 16137-6537 |
| 15299026 | + | Greater Pittsburgh Federal Credit Union, 1000 Bower Hill Road, Pittsburgh, PA 15243-1873 |
| 15299029 | + | JP Morgan/ Citibank Auto, P.O. Box 901003, Fort Worth, TX 76101-2003 |
| 15299030 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15299034 | + | TD Auto Finance U.S., P.O. Box 9223, Farmington, MI 48333-9223 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 11 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 11 2021 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 03:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Feb 11 2021 03:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + EDI: PRA.COM | Feb 11 2021 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15299017 | + EDI: GMACFS.COM | Feb 11 2021 04:08:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15299018 | + EDI: CAPITALONE.COM | Feb 11 2021 04:08:00 | Capital One Bank NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15299019 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 11 2021 03:34:00 | Capital One/Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15299020 | + EDI: CITICORP.COM | Feb 11 2021 04:08:00 | Citibank, N.A., P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15299021 | + EDI: CITICORP.COM | Feb 11 2021 04:08:00 | Citimortgage Inc, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 15299022 | + EDI: WFNNB.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 11 2021 04:08:00 | Comenity Bank/Boscov, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15299023 | + | EDI: WFNNB.COM | Feb 11 2021 04:08:00 | Comenity Bank/HSN, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15299024 | + | EDI: WFNNB.COM | Feb 11 2021 04:08:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15299025 | | EDI: DISCOVER.COM | Feb 11 2021 04:08:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15299027 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 11 2021 03:36:00 | Harley Davidson, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15299028 | + | Email/Text: bankruptcy@huntington.com | Feb 11 2021 03:35:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15299032 | | EDI: PRA.COM | Feb 11 2021 04:08:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15307710 | + | Email/Text: jennifer.chacon@spservicing.com | Feb 11 2021 03:36:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15299033 | + | EDI: RMSC.COM | Feb 11 2021 04:08:00 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1247 |
| 15299396 | + | EDI: RMSC.COM | Feb 11 2021 04:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2019-3, U.S. Bank Nation |
| 15299031 | ##+ | Northwest Consumer Discount Company, 1602 7th Avenue, Beaver Falls, PA 15010-4012 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com

District/off: 0315-1     User: admin     Page 3 of 3
Date Rcvd: Feb 10, 2021     Form ID: 318     Total Noticed: 24

Daniel P. Foster
    on behalf of Debtor John Charles Vasko dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Tamera Ochs Rothschild
    trothschild@gmx.com pa70@ecfcbis.com

Tamera Ochs Rothschild
    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com

TOTAL: 6